FOURNET, Chief Justice
(concurring).
As expressed in the majority opinion, the sole issue presented for determination is one of title to six $1,000 United States Treasury 2i/¡% bonds payable to bearer that were purportedly donated by the decedent during her lifetime to her granddaughter, Mrs. Delia S. McCrocklin.
While I cannot subscribe to the majority view that the Louisiana negotiable instruments law is controlling or. has any bearing on this issue, I am of the opinion that the bonds, being payable to bearer, were corporeal movable effects that were proper subjects of a manual gift, and, inasmuch as the facts of the case establish these bonds were actually delivered to the donee, the donation was not subject to any other formalities. See, Succession of Moore, 40 La.Ann. 531, 4 So. 460.